

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Kevin J. Maggio*
*Assistant United States Attorney*
*Senior Trial Counsel, Civil Division*

*401 Market Street, 4th Floor*    *Main: (856) 757-5105*
*P.O. Box 2098*    *Direct: (973) 986-6708*
*Camden, NJ 08101*    *kevin.maggio@usdoj.gov*


July 31, 2026


**<u>Via Electronic Mail</u>**
Hon. Claire C. Cecchi, U.S.D.J.
United States District Court, D.N.J.
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> **Re:**   *Medina Marroquin v. Warden*, **No. 26-cv-9311 (CCC)**
> **Petitioner's Release from ICE Custody**

Dear Judge Cecchi:

    This Office represents Respondents in the above-referenced habeas matter. We respectfully write in accordance with the Court's July 30, 2026 Text Order (ECF No. 7) ordering Respondents to immediately release Petitioner or answer the Petition (ECF No. 1). U.S. Immigration and Customs Enforcement has advised this Office that it released Petitioner from its custody yesterday, July 30, 2026, at approximately 10:25 p.m.

    We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   *s/ Kevin J. Maggio*
     KEVIN J. MAGGIO
     Assistant United States Attorney
     Senior Trial Counsel, Civil Division
     *Attorneys for Respondents*

In light of Petitioner's release, the Clerk's Office is directed to close this case.
SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date:   7/31/2026